**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Christopher Paul Coker,                                   Civ. No. 26-2506 (JWB/EMB)

       Petitioner,

v.                                                                     **ORDER ACCEPTING**
                                                                       **REPORT AND RECOMMENDATION**
Jarden, *Warden, Rochester FMC*; and the        **OF MAGISTRATE JUDGE**
Attorney General of the United States,

       Defendants.

---

United States Magistrate Judge Elsa M. Bullard issued a Report and

Recommendation ("R&R") in this matter on May 18, 2026. (Doc. No. 4.) No objections

have been filed to that R&R in the time permitted. Absent timely objections, the R&R is

reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795

(8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and

proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The May 18, 2026, Report and Recommendation (Doc. No. 4) is

**ACCEPTED**.

2. Petitioner Christopher Paul Coker's Petition for a Writ of Habeas Corpus

(Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: June 11, 2026                          *s/ Jerry W. Blackwell*
                                                          JERRY W. BLACKWELL
                                                          United States District Judge